# EXHIBIT 10

**SUBJECT TO FRE 408**



John Garland, Director Business Development
Finjan Holdings, Inc.
2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
EM: john.garland@finjan.com I D: 650.282.3233|C: 908.803.3741

**December 8, 2016**

**VIA FEDEX**

Ken Xie, Founder and CEO
Fortinet, Inc.
899 Kifer Road
Sunnyvale, CA 94086
Tel: 408-235-7700

**Re:  Finjan Cybersecurity Patents**

Dear Mr. Xie:

I am writing on behalf of Finjan, Inc. ("Finjan"), a wholly-owned subsidiary of Finjan Holdings, Inc. ("FHI").  Finjan is interested in engaging Fortinet, Inc. ("Fortinet"), in a dialogue regarding Finjan's offer to Fortinet to enter portfolio license to Finjan's patented cybersecurity technologies.  Finjan's patent portfolio includes over 50 U.S. and international patents and pending applications for patents worldwide that are based upon Finjan R&D. (reference:  https://www.finjan.com/technology/patents)

FHI, along with its subsidiary Finjan, is a globally recognized cybersecurity company that invested millions of dollars in research and development creating proactive behavior-based malware protection technology.  Finjan's patented technologies enable behavior-based approaches to modern and next-generation malware and zero-day protection for unknown attacks through techniques such as, for example, hashing, caching, sandboxing, and transmitting mobile protection code through customized profiles. Our patented technologies have been adopted, and lauded in the industry, and assigned significant value by many of Fortinet's peers and competitors.

We are contacting you because our analysis reveals that Fortinet is currently offering certain products and services that infringe select cybersecurity patents owned by Finjan.  The Appendix attached to this letter provides you with information concerning some exemplary patents that inform our opinion.  Please keep in mind that the patents in the Appendix are a part of a larger, global portfolio.

We believe the most effective way to resolve this issue is to engage in meaningful face-to-face (virtual or in-person) meetings, attended by the stakeholders.  We note that early, good faith discussions tend to yield favorable license terms and discounts on our licensing fee which are not available when delayed or protracted discussions create greater expenses and risk for reach of us.

Ken Xie, Founder & CEO                    2                    **Subject to FRE 408**
December 8, 2017

        To that end, I suggest we setup a preliminary teleconference to discuss these issues at a high level to agree on a mutually acceptable path going forward, execute an NDA, which I can send to the Fortinet representative selected by you, and then we can arrange subsequent face-to-face or GoTo meetings to further exchange information pertinent to our discussions.

        Please acknowledge receipt and let me know the responsible Fortinet person I should be in contact with. I can be reached at 650.282.3233 or via email at john.garland@finjan.com.  We look forward to hearing from you soon.


Sincerely,


John J. Garland
Finjan-Licensing

cc:
Phil Harstein, CEO, Finjan
James Hannah, Partner, Kramer Levin, Naftalis, & Frankel, LLP


2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

Ken Xie, Founder & CEO                    3                    **Subject to FRE 408**
December 8, 2017

APPENDIX

| Patent Number | Patent Title | Representative Products |
|---|---|---|
| 6154844 | System and Method for Attaching a Downloadable Security Profile to a Downloadable | • Fortigate - Next Generation Firewalls (NGFW)<br>  • High-End Firewall<br>  • Mid-Range Firewall<br>  • Entry-Level Firewall<br>  • Firewall-Virtual Appliance<br>  • Firewall-Public Cloud<br>• FortiSandbox - Proactive Advanced Threat Detection Sandbox<br>  • FortiSandbox Appliances<br>  • FortiSandbox-VM<br>  • FortiSandbox Cloud<br>• FortiClient - Security for Endpoints<br>• FortiWeb - Web Application Firewalls<br>  • Fortiweb Appliances and VMs<br>• FortiMail - Email Security<br>  • FortiMail Applainces and VMs<br>• FortiGuard Security Services<br>  • Next Generation Firewall Service<br>  • Antivirus Service<br>  • Cloud Sandbox Service<br>  • Application Control Service<br>  • Mobile Security Service<br>• FortiGuard Labs |
| 8677494 | Malicious Mobile Code Runtime Monitoring System and Methods | |
| 8079086 | Malicious Mobile Code Runtime Monitoring System and Methods | |
| 7647633 | Malicious Mobile Code Runtime Monitoring System and Methods | • Fortigate - Next Generation Firewalls (NGFW)<br>  • High-End Firewall<br>  • Mid-Range Firewall<br>  • Entry-Level Firewall<br>  • Firewall-Virtual Appliance<br>  • Firewall-Public Cloud<br>• FortiSandbox - Proactive Advanced Threat Detection Sandbox<br>  • FortiSandbox Appliances<br>  • FortiSandbox-VM<br>  • FortiSandbox Cloud<br>• FortiClient - Security for Endpoints<br>• FortiWeb - Web Application Firewalls<br>  • Fortiweb Appliances and VMs<br>• FortiMail - Email Security<br>  • FortiMail Applainces and VMs<br>• FortiGuard Security Services<br>  • Next Generation Firewall Service<br>  • Antivirus Service<br>  • Cloud Sandbox Service<br>  • Mobile Security Service |
| 7058822 | Malicious Mobile Code Runtime Monitoring System and Methods | |
| 9141786 | Malicious Mobile Code Runtime Monitoring System and methods | |

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN

Ken Xie, Founder & CEO                    4                    **Subject to FRE 408**
December 8, 2017

| 7975305 | Method and System for Adaptive Rule-Based Content Scanners for Desktop Computers | <ul><li>Fortigate - Next Generation Firewalls (NGFW)<ul><li>High-End Firewall</li><li>Mid-Range Firewall</li><li>Entry-Level Firewall</li><li>Firewall-Virtual Appliance</li><li>Firewall-Public Cloud</li></ul></li><li>FortiSandbox - Proactive Advanced Threat Detection Sandbox<ul><li>FortiSandbox Appliances</li><li>FortiSandbox-VM</li><li>FortiSandbox Cloud</li></ul></li></ul> |
| 8225408 | Method and System for Adaptive Rule-Based Content Scanners | <ul><li>FortiWeb - Web Application Firewalls<ul><li>Fortiweb Appliances and VMs</li></ul></li><li>FortiMail - Email Security<ul><li>FortiMail Applainces and VMs</li></ul></li><li>FortiGuard Security Services<ul><li>Next Generation Firewall Service</li><li>Antivirus Service</li><li>Application Control Service</li><li>Web Application Security Service</li></ul></li></ul> |
| 6965968 | Policy-Based Caching | <ul><li>Fortigate - Next Generation Firewalls (NGFW)<ul><li>High-End Firewall</li><li>Mid-Range Firewall</li><li>Entry-Level Firewall</li><li>Firewall-Virtual Appliance</li><li>Firewall-Public Cloud</li></ul></li><li>FortiSandbox - Proactive Advanced Threat Detection Sandbox<ul><li>FortiSandbox Appliances</li><li>FortiSandbox-VM</li><li>FortiSandbox Cloud</li></ul></li><li>FortiClient - Security for Endpoints</li><li>FortiGuard Security Services<ul><li>Next Generation Firewall Service</li><li>Antivirus Service</li><li>Web Filtering Service</li><li>Application Control Service</li><li>Web Application Security Service</li></ul></li><li>FortiGuard Labs</li></ul> |
| 7418731 | Method and System for Caching at Secure Gateways | |

2000 University Ave., Ste. 600
E. Palo Alto, CA 94303
650.282.3228
www.finjan.com
NASDAQ: FNJN