# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: February 21, 2019　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 16 Minutes

Case No.　　**C-18-06555-JD**
Case Name　**Finjan, Inc. v. Fortinet Inc.**

Attorney(s) for Plaintiff(s):　　Paul Andre
Attorney(s) for Defendant(s):　Imarn Lordgooel/Sean Pak/Andrew (Drew)Holmes

Deputy Clerk: Lisa R. Clark　　　　　　　　　　　　Court Reporter: Raynee Mercado

### PROCEEDINGS

Status Conference - Held

### NOTES AND ORDERS

The parties are directed to file by February 28, 2019, a joint statement identifying the patents and claims, if any, that are at issue only in this case and not in any of the other cases pending in this district.

The case remains stayed pending further order.