KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
990 Marsh Road
Menlo Park, California 94025
Telephone:    (650) 752-1700
Facsimile:    (650) 752-1800

*Attorneys for Plaintiff Finjan, Inc.*

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

David A. Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
Nathan Hamstra (*admitted pro hac vice*)
nathanhamstra@quinnemanuel.com
191 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for Fortinet, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>FORTINET, INC.,<br><br>   Defendant. | CASE NO. 3:18-cv-06555-JD<br><br>**JOINT REPORT IN RESPONSE TO THE COURT'S FEBRUARY 25, 2019 ORDER (DKT. NO. 38)** |

1    Plaintiff Finjan, Inc. ("Finjan") and Defendant Fortinet, Inc. ("Fortinet") (collectively, "the
2 Parties"), by and through their undersigned counsel, hereby submit the following Joint Report in
3 response to the Court's February 25, 2019 Order (Dkt. No. 38).
4    Finjan has filed the following co-pending litigations in this District:

- *Finjan v. Check Point Software Techs., Inc.*, No. 3-18-cv-02621 (N.D. Cal., filed May 3, 2018) (Judge Orrick) ("*Check Point*");
- *Finjan v. Juniper Network, Inc.*, No. 3-17-cv-05659 (N.D. Cal., filed Sep. 29, 2017) (Judge Alsup) ("*Juniper*");
- *Finjan v. SonicWall, Inc.*, No. 5-17-cv-04467 (N.D. Cal., filed Aug. 04, 2017) (Judge Freeman) ("*SonicWall*");
- *Finjan, Inc. v. Cisco Systems, Inc.*, No. 5-17-cv-00072 (N.D. Cal., filed Jan. 06, 2017) (Judge Freeman) ("*Cisco*");
- *Finjan, Inc. v. Zscaler, Inc.*, No. 3-17-cv-06946 (N.D. Cal., filed Dec. 5, 2017) (Judge Tigar) ("*Zscaler*");
- *Finjan, Inc. v. Bitdefender Inc.*, No. 4-17-cv-04790 (N.D. Cal., filed Aug. 16, 2017) (Judge Gilliam) ("*Bitdefender*");
- *Finjan, Inc. v. Qualys, Inc.*, No. 4-18-cv-07229 (N.D. Cal., filed Nov. 29, 2018) (Judge Rogers) ("*Qualys*"); and
- *Finjan, Inc. v. Palo Alto Networks, Inc.*, No. 4-14-cv-04908 (N.D. Cal., filed Nov. 04, 2014) (Judge Hamilton) ("*PAN*").

As requested by the Court, the parties have identified the asserted claims in this case that are not asserted by Finjan in any of its other co-pending cases in this District. The table below identifies Finjan's asserted patents and claims in this case and Finjan's other co-pending cases in this District.

|  | **844** | **968** | **822** | **731** | **633** | **305** | **086** | **408** | **494** |
|---|---|---|---|---|---|---|---|---|---|
| *Fortinet* | 1-44 | 1-38 | 1-35 | 1-22 | 1-41 | 3-4, 6-12, 14-25 | 1-42 | 1-35 | 3-5, 7-18 |

|  | 844 | 968 | 822 | 731 | 633 | 305 | 086 | 408 | 494 |
|---|---|---|---|---|---|---|---|---|---|
| *Check Point* | 1, 15, 41, 42 | 1, 9, 10, 33 |  | 1, 2, 14, 16, 17 | 8, 9, 14, 20, 34 |  | 24, 33, 42 |  | 10, 14, 15 |
| *Zscaler* |  |  |  |  | 1-4, 8-11, 14, 19 | 1, 2, 5-9, 11-13 |  |  | 10, 14 |
| *Juniper* | 1, 15, 41 |  |  | 1, 17 | 1, 8, 14, 19 |  |  |  | 10, 14, 18 |
| *Bitdefender* |  |  |  |  |  |  |  |  | 1-2, 5-7, 10-11, 14-16 |
| *SonicWall* | 1, 7, 15, 16, 41, 43 | 1, 7, 11 | 1, 9, 10 |  | 1, 8, 9, 14 | 6, 11-13 |  | 1, 3, 4, 9, 22 | 10, 14, 18 |
| *Cisco* | 1, 7, 15, 43 |  |  |  | 1, 8, 13, 14 |  |  |  | 10, 11, 14, 15 |
| *Qualys* | 1-44 | 1-38 |  | 1-22 |  | 3-4, 6-12, 14-25 |  | 1-35 | 3-5, 7-18 |
| *PAN* |  | at least 13-22, 25-31 | at least 1-8, 16-27 | at least 7-12, 14-16, 20-21 | at least 1-7, 14-20, 28-33 |  |  | at least 1-8, 23-28 | at least 1-9 |
| **Non-Overlapping Claims** |  |  | 11-15, 28-35 |  | 10, 12, 21-27, 35-41 |  | 1-23, 25-32, 34-41 |  |  |
| **Non-Overlapping Claims, Excluding Claims Only Asserted in *Qualys* and *PAN*** | 2-6, 8-14, 17-40, 44 | 2-6, 8, 12-32, 34-38 | 2-8, 11-35 | 3-13, 15, 18-22 | 5-7, 10, 12, 15-18, 21-33, 35-41 | 3, 4, 10, 14-25 | 1-23, 25-32, 34-41 | 2, 5-8, 10-21, 23-35 | 3, 4, 8, 9, 12, 13, 17 |

**Finjan Statement:** Finjan has not elected claims yet in *Qualys*, filed November 29, 2018. *PAN* has been stayed since May 26, 2016, pending the final determination (including appeals) of the instituted IPR petitions filed by Palo Alto Networks. The *PAN* case was stayed before any narrowing of the asserted claims.

**Fortinet Statement:** To further assist the Court in its determination of whether to stay this case, Fortinet proposes that the parties provide additional briefing on issues pertaining to collateral estoppel effect of judgments by other courts on both the overlapping and non-overlapping but related claims asserted against Fortinet, as well as the effect of a stay on issues of inefficiency,

inconsistent rulings, and wasted judicial/party resources sought to be avoided by the Court. Proceeding on non-overlapping claims would be just as problematic as proceeding on overlapping claims.  Further, in response to Finjan's "narrowing" comments regarding the PAN and Qualys cases, Fortinet notes that the Court asked for "at issue only in this case and not in any of the other cases pending in this district," regardless of status of narrowing in other cases, and those are reflected in the "Non-Overlapping" row above.

DATED:  February 28, 2019

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By : */s/ Lisa Kobialka* <br>    Paul J. Andre (State Bar No. 196585) <br>    pandre@kramerlevin.com <br>    Lisa Kobialka (State Bar No. 191404) <br>    lkobialka@kramerlevin.com <br>    James Hannah (State Bar No. 237978) <br>    jhannah@kramerlevin.com <br>    Austin Manes (State Bar No. 284065) <br>    amanes@kramerlevin.com <br>    990 Marsh Road <br>    Menlo Park, California 94025 <br>    Telephone:     (650) 752-1700 <br>    Facsimile:      (650) 752-1800 <br><br>    *Attorneys for Finjan, Inc.* | By:  */s/ Andrew M. Holmes* <br>    Sean Pak (Bar No. 219032) <br>    seanpak@quinnemanuel.com <br>    Andrew M. Holmes (Bar No. 260475) <br>    drewholmes@quinnemanuel.com <br>    Iman Lordgooei (Bar No. 251320) <br>    imanlordgooei@quinnemanuel.com <br>    Ognjen Zivojnovic (Bar No. 307801) <br>    ogizivojnovic@quinnemanuel.com <br>    50 California Street, 22nd Floor <br>    San Francisco, California 94111-4788 <br>    Telephone:     (415) 875-6600 <br>    Facsimile:      (415) 875-6700 <br><br>    David A. Nelson (*admitted pro hac vice*) <br>    davenelson@quinnemanuel.com <br>    Nathan Hamstra (*admitted pro hac vice*) <br>    nathanhamstra@quinnemanuel.com <br>    191 N. Wacker Dr., Ste. 2700 <br>    Chicago, IL 60606 <br>    Telephone:     (312) 705-7400 <br>    Facsimile:      (312) 705-7401 <br><br>    *Attorneys for Fortinet, Inc.* |

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                */s/ Lisa Kobialka*
                                            Lisa Kobialka (State Bar No. 191404)

-4-

JOINT REPORT                                                                             Case No. 3:18-cv-06555-JD