PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone:   (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTINET, INC., a Delaware Corporation,<br><br>    Defendant. | CASE NO. 3:18-cv-06555-JD<br><br>**UPDATED STATUS REPORT IN FURTHER RESPONSE TO THE COURT'S FEBRUARY 25, 2019 ORDER (DKT. NO. 38)** |

Plaintiff Finjan, Inc. ("Finjan") submits the following Updated Status Report in further response to the Court's February 25, 2019 Order (Dkt. No. 38), updating the Parties' February 28, 2019 Joint Report (Dkt. No. 42). As set forth below, Finjan requests that the Court lift the stay imposed in connection with the February 21, 2019 status conference (Dkt. No. 38). Defendant Fortinet, Inc. ("Fortinet") declined to join in this Updated Status Report.

Finjan has filed the following litigations in this District that remain co-pending:

- *Finjan v. Check Point Software Techs., Inc.*, No. 3-18-cv-02621 (N.D. Cal., filed May 3, 2018) (Judge Orrick) ("*Check Point*");

- *Finjan v. SonicWall, Inc.*, No. 5-17-cv-04467 (N.D. Cal., filed Aug. 04, 2017) (Judge Freeman) ("*SonicWall*");

- *Finjan, Inc. v. Cisco Systems, Inc.*, No. 5-17-cv-00072 (N.D. Cal., filed Jan. 06, 2017) (Judge Freeman) ("*Cisco*");

- *Finjan, Inc. v. Bitdefender Inc.*, No. 4-17-cv-04790 (N.D. Cal., filed Aug. 16, 2017) (Judge Gilliam) ("*Bitdefender*");

- *Finjan, Inc. v. Qualys, Inc.*, No. 4-18-cv-07229 (N.D. Cal., filed Nov. 29, 2018) (Judge Rogers) ("*Qualys*"); and

- *Finjan, Inc. v. Palo Alto Networks, Inc.*, No. 4-14-cv-04908 (N.D. Cal., filed Nov. 04, 2014) (Judge Hamilton) ("*PAN*").

The updated table below identifies Finjan's asserted patents and claims in this case and Finjan's other currently co-pending cases in this District.

|  | 844 | 968 | 822 | 731 | 633 | 305 | 086 | 408 | 494 |
|---|---|---|---|---|---|---|---|---|---|
| *Fortinet* | 1-44 | 1-38 | 1-35 | 1-22 | 1-41 | 3-4, 6-12, 14-25 | 1-42 | 1-35 | 3-5, 7-18 |
| *Check Point* | 1, 15, 41, 42 | 1, 9, 10, 33 |  | 1, 2, 14, 16, 17 | 8, 9, 14, 20, 34 |  | 24, 33, 42 |  | 10, 14, 15 |
| *Bitdefender* |  |  |  |  |  |  |  |  | 10, 14, 15 |
| *SonicWall* | 15, 16, 41, 43 | 1, | 9 |  | 1, 8, 14 | 11-13 |  | 1, 22 | 10, 14 |
| *Cisco* | 1, 7, 15, 43 |  |  |  | 1, 8, 13, 14 |  |  |  | 10, 11, 14, 15 |

|  | 844 | 968 | 822 | 731 | 633 | 305 | 086 | 408 | 494 |
|---|---|---|---|---|---|---|---|---|---|
| *Qualys* | 1-9, 11, 15-17, 21-23, 32, 41-44 | 1, 6-7, 9-11, 13-15, 23, 26, 32-33 |  | 1, 2, 14, 15, 17 |  | 1-2, 5-14, 17-25 |  | 1, 3-8, 22-23, 29, 35 | 10-16, 18 |
| *PAN* |  | at least 13-22, 25-31 | at least 1-8, 16-27 | at least 7-12, 14-16, 20-21 | at least 1-7, 14-20, 28-33 |  |  | at least 1-8, 23-28 | at least 1-9 |
| **Claims Asserted Against Fortinet That Do Not Overlap With Any Case** | 10, 12-14, 18-20, 24-31, 33-40 | 2-5, 8, 12, 24, 34-38 | 10-15, 28-35 | 3-6, 13, 18, 19, 22 | 10, 12, 21-27, 35-41 | 3, 4, 6 15, 16 | 1-23, 25-32, 34-41 | 2, 9, 10-21, 30-34 | 12, 13, 17 |
| **Claims Asserted Against Fortinet That Do Not Overlap With Any Case Except *Qualys* or *PAN*** | 2-6, 8-14, 17-40, 44 | 2-8, 11-32, 34-38 | 1-8, 10-35 | 3-13, 15, 18-22 | 5-7, 10, 12, 15-18, 21-33, 35-41 | 3, 4, 6, 10, 14-25 | 1-23, 25-32, 34-41 | 2-21, 23-35 | 3-5, 7-9, 12, 13, `6-18 |

Finjan requests that the Court lift the stay imposed in connection with the February 21, 2019 status conference (Dkt. No. 38) and permit discovery to proceed on the claims that do not overlap with any other co-pending case (excluding *Qualys* and *PAN*), which comprise the majority of claims at issue in this action (see the bottom row of the table above, which lists the non-overlapping claims, excluding those only asserted in *Qualys* or *PAN*). It makes sense to exclude claims overlapping with *PAN* because that case has been stayed since May 26, 2016, pending the final determination (including appeals) of the instituted IPR petitions filed by *PAN*.[1] The claims

---

[1] *PAN* filed thirteen petitions for IPR against Finjan's patents. The PTAB denied institution of review on seven of the petitions. Of the six instituted IPRs, four resulted in a final written decision that confirmed all challenged claims are patentable and a fifth confirmed the validity of all but three challenged claims (none of which are asserted against Fortinet). All appeals have concluded for these five decisions. The final IPR resulted in a decision confirming the validity of all challenged claims, which is currently on appeal to the Federal Circuit.

asserted in the *Qualys* case should also be excluded from any stay of discovery because this action was filed before the *Qualys* case, which is still in its early stages.

At a minimum, Finjan requests that the Court permit discovery to proceed with respect to the claim that are non-overlapping with any case, including *Qualys* and *PAN*.  As shown in the second to last row of the table above, there are multiple such non-overlapping claims for each of the nine patents Finjan asserts in this action.

Finjan provided Fortinet with a draft of this report on September 5, 2019 and asked Fortinet to provide an insert.  Fortinet declined to provide an insert or join in the report.  Fortinet indicated that it disagrees with Finjan's proposal to proceed with discovery on non-overlapping claims.

DATED:  September 11, 2019

Respectfully submitted,

By:  */s/ Lisa Kobialka*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.