Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Roger A. Denning (CA SBN 228998) denning@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORTINET, INC.,<br><br>　　　　　Defendant. | Case No. 3:18-cv-06555-JD<br><br>**UPDATED STATUS REPORT IN FURTHER RESPONSE TO THE COURT'S FEBRUARY 25, 2019 ORDER (DKT. NO. 38)**<br><br>Hon. Judge James Donato<br>Courtroom 11, 19th floor |

Plaintiff Finjan LLC ("Finjan") submits the following Updated Status Report in further response to the Court's February 25, 2019 Order (Dkt. No. 38), updating Finjan's September 11, 2019 Updated Status Report (Dkt. No. 44).

The following cases filed by Finjan in this District that were previously identified as co-pending with the instant case ("*Fortinet*") in Finjan's September 11, 2019 Updated Status Report have subsequently resolved and been terminated:

- *Finjan v. Check Point Software Techs., Inc.*, No. 3-18-cv-02621 (N.D. Cal., filed May 3, 2018) (Judge Orrick) ("*Check Point*");
- *Finjan v. SonicWall, Inc.*, No. 5-17-cv-04467 (N.D. Cal., filed Aug. 04, 2017) (Judge Freeman) ("*SonicWall*");
- *Finjan, Inc. v. Cisco Systems, Inc.*, No. 5-17-cv-00072 (N.D. Cal., filed Jan. 06, 2017) (Judge Freeman) ("*Cisco*");
- *Finjan, Inc. v. Bitdefender Inc.*, No. 4-17-cv-04790 (N.D. Cal., filed Aug. 16, 2017) (Judge Gilliam) ("*Bitdefender*"); and
- *Finjan, Inc. v. Qualys, Inc.*, No. 4-18-cv-07229 (N.D. Cal., filed Nov. 29, 2018) (Judge Rogers) ("*Qualys*").

The following case filed by Finjan is the only remaining case in this District co-pending with *Fortinet*:

- *Finjan, Inc. v. Palo Alto Networks, Inc.*, No. 3-14-cv-04908 (N.D. Cal., filed Nov. 04, 2014) (Judge Seeborg) ("*PAN*").

The updated table below identifies Finjan's asserted patents and claims in *Fortinet* and *PAN*.

|  | 844 | 968 | 822 | 731 | 633[1] | 305 | 086 | 408[2] | 494[3] |
|---|---|---|---|---|---|---|---|---|---|
| *Fortinet* | 1-44 | 1-38 | 1-35 | 1-22 | 1-41 | 3-4, 6-12, 14-25 | 1-42 | 1-35 | 3-5, 7-18 |

---

[1] The PTAB found claims 1-4, 8, and 11-13 of the '633 Patent unpatentable in IPR2018-00391.
[2] Judge Freeman found claim 9 of the '408 Patent indefinite in *SonicWall* (Dkt. No. 132).
[3] Finjan's claims against Palo Alto Networks on claims 3-5 and 7-9 of the '494 patent were dismissed without prejudice.

| | 844 | 968 | 822 | 731 | 633[1] | 305 | 086 | 408[2] | 494[3] |
|---|---|---|---|---|---|---|---|---|---|
| *PAN* | | | | 1, 2, 14, 15, 17 | 14 | | | 1, 4-6, 22 | |
| **Claims Asserted Against Fortinet That Do Not Overlap With *PAN*** | 1-44 | 1-38 | 1-35 | 3-13, 16, 18-22 | 5-7, 9-10, 15-41 | 3-4, 6-12, 14-25 | 1-42 | 2-3, 7-8, 10-21, 23-35 | 3-5, 7-18 |

Dated: April 12, 2024              FISH & RICHARDSON P.C.


                                   By: */s/ Roger A. Denning*
                                      Juanita R. Brooks (CA SBN 75934)
                                      brooks@fr.com
                                      Roger A. Denning (CA SBN 228998)
                                      denning@fr.com
                                      FISH & RICHARDSON P.C.
                                      12860 El Camino Real, Suite 400
                                      San Diego, CA 92130
                                      Telephone: (858) 678-5070
                                      Facsimile: (858) 678-5099


                                   Attorneys for Plaintiff
                                   FINJAN LLC