Roger A. Denning (CA SBN 228998)
denning@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
FINJAN LLC

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Additional attorneys on signature page*

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>Defendant. | Case No. 3:18-cv-06555-JD<br><br>**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S JANUARY 30, 2026 ORDER (DKT. NO. 54)**<br><br>JUDGE: Hon. Judge James Donato<br>PLACE: Ctrm: 11 |

Plaintiff Finjan LLC ("Finjan") and defendant Fortinet, Inc. ("Fortinet") submit this Joint Status Report in response to the Court's January 30, 2026 Order (Dkt. No. 54).

**Status Report**

As reported in Finjan's Updated Status Report filed on April 12, 2024 (Dkt. No. 53), the only case filed by Finjan in this District that remains active is Finjan LLC. v. Palo Alto Networks, Inc., No. 3-14-cv-04908 (N.D. Cal., filed Nov. 04, 2014) (Judge Seeborg) ("PAN"). The *PAN* case involves three patents that Finjan also has asserted against Fortinet: U.S. Patent Nos. 7,418,731; 7,647,633; and 8,225,408. Finjan has asserted six other patents against Fortinet that are not at issue in the *PAN* case. Those are U.S. Patent Nos. 6,154,844; 6,965,968; 7,058,822; 7,975,305; 8,079,086; and 8,677,494. The updated table below identifies the claims Finjan has asserted from the overlapping patents in *Fortinet* and *PAN*.

| | **'731 Patent** | **'633 Patent**[1] | **'408 Patent**[2] |
|---|---|---|---|
| *Fortinet* | 1-22 | 1-41 | 1-35 |
| *PAN* | 1, 2, 14, 15, 17 | 14 | 1, 4-6, 22 |
| Claims Asserted Against Fortinet That Do Not Overlap With *PAN* | 3-13, 16, 18-22 | 5-7, 9-10, 15-41 | 2-3, 7-8, 10-21, 23-35 |

In *PAN*, Judge Seeborg granted summary judgment of non-infringement for PAN on the asserted claims of the '731, '633 and '408 patents on March 21, 2025 (Dkt. No. 381). Finjan has appealed that order to the Federal Circuit. Appellate briefing was completed on December 1, 2025. No date for argument has been set, but the Federal Circuit has asked the parties to provide notice of conflicts during argument week from April through September 2026, and each side has said it currently has no conflicts during that time.

**Parties' Positions Regarding Lifting the Stay**

<u>Fortinet's Position:</u> In light of the pending *PAN* appeal with overlapping patents, Fortinet believes it makes sense to keep the stay in place until the *PAN* appeal is exhausted. At that point, the parties can provide another status update to the Court.

[1] The PTAB found claims 1-4, 8, and 11-13 of the '633 Patent unpatentable in IPR2018-00391.
[2] Judge Freeman found claim 9 of the '408 Patent indefinite in *SonicWall* (Dkt. No. 132).

<u>Finjan's Position:</u> Finjan has waited years for this case to proceed, but it acknowledges that the issues in the *PAN* appeal would likely influence the parties' positions in this case. Accordingly, Finjan does not oppose Fortinet's request to maintain the stay until the resolution of the current *PAN* appeal.

Dated: February 20, 2026

FISH & RICHARDSON P.C.

By: */s/ Roger A. Denning*

Roger A. Denning (CA 228998)
denning@fr.com
12860 El Camino Real, suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
FINJAN LLC

Dated: February 20, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Andrew M. Holmes*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
Nathan Hamstra (*admitted pro hac vice*)
nathanhamstra@quinnemanuel.com
191 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Attorneys for Defendant
FORTINET, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Roger A. Denning*
Roger A. Denning